PROB 12C
(6/16)

Report Date: January 13, 2017

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2017

SEAN F. McAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Brannon Suttle III            Case Number: 0980 2:14CR00083-SAB-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 15, 2015

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 87 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Amended Sentence: (August 24, 2016) | Prison - 30 months; TSR - 36 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: September 9, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: September 8, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: The defendant shall not commit another federal, state, or local crime. |
| 2 | **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: John Suttle was arrested for driving with a suspended license and being in possession of a controlled substance, heroin, on January 12, 2017, in violation of standard condition numbers 1 and 2.

According to Spokane County Sheriff's Office report number 2017-10005034, Mr. Suttle was pulled over after a Spokane County Sheriff's deputy observed the vehicle he was driving was swerving in his lane of travel.  The officer contacted the offender and arrested him for

Prob12C
Re: Suttle, John Brannon
January 13, 2017
Page 2

    driving with a suspended license.  While searching Mr. Suttle incident to arrest, the officer searched his jacket and located two plastic sacks with a black substance inside.  The substance was field tested with a narcotics identification kit (NIK) test.  The substance showed presumptive positive for heroin.  The substance in the offender's possession weighed 8.1 grams.

    Mr. Suttle was booked into the Spokane County Jail on the new felony drug charge.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    1/13/2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[xx]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/17/2017
Date